41372. COLBERT v. FIREMAN'S FUND INSURANCE
COMPANY et al.

PANNELL, Judge. Where a claimant was given an award for
partial incapacity under *Code* § 114-405, as amended by the
Acts of 1949 and 1955 (Ga. L. 1949, pp. 1357, 1358; Ga. L.
1955, pp. 210, 211), the injuries having occurred prior to the
Act of 1963 (Ga. L. 1963, pp. 141, 146; *Code Ann.* § 114-405)
raising the maximum compensation from $20 per week to
$30 per week, but no finding or determination was made as
to the percentage of loss of capacity to work or the average
weekly wages which the claimant was able to earn thereafter
upon which to base the amount of compensation to which
the claimant was entitled under the award, it was not error
for the judge of the superior court to refuse to enter a judg-
ment for unpaid compensation thereunder against the em-
ployer and insurance carrier upon application for judgment
under *Code* § 114-711.
*Judgment affirmed. Nichols, P. J., and Eberhardt, J., concur.*

ARGUED JUNE 8, 1965—DECIDED SEPTEMBER 8, 1965.

*Fincher & Goggins, James O. Goggins,* for plaintiff in error.
*Smith, Ringel, Martin & Lowe, Williston C. White,* contra.